SEALED

*NO MAGISTRATE PAPERS WERE FOUND*

*for*

*NAME:* **_HARRY J. MOREL, JR._**

*Initials:* **___DAS___**