UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 16-50 |
| HARRY J. MOREL, JR. | SECTION N |

## CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
               X  COUNSEL FOR DEFENDANT    RALPH CAPITELLI & Brian Capitelli
               X  ASSISTANT U.S. ATTORNEY    JAMES BAEHR
               ___ INTERPRETER _____ SWORN
               (TIME:        .M to         .M)

X / READING OF THE BILL OF INFORMATION: READ /(WAIVED)/ SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

X / OTHER: waiver of indictment executed

**NOTICE:** X / PRE-TRIAL CONFERENCE: **MAY 26, 2016 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE KURT D. ENGELHARDT**

X / TRIAL: **JUNE 6, 2016 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE KURT D. ENGELHARDT**

X / REARRAIGNMENT: **APRIL 20, 2016 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE KURT D. ENGELHARDT**

MJSTAR: 00: 02