UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 16-50 |
| HARRY J. MOREL, JR. | SECTION: "N" |

## ORDER TO SURRENDER

**IT IS ORDERED** that the defendant, Harry J. Morel, Jr., having been sentenced, in the above case, to the custody of the Bureau of Prisons, is hereby ordered to surrender himself/herself to the Bureau of Prisons by reporting to the designated institution on or before 12:00 (noon) on September 26, 2016.

**IT IS FURTHER ORDERED** that the Probation Officer of this Court advise the defendant of the name and location of the institution in which he/she is to serve his/her sentence within a reasonable period of time prior to the time and date that he/she is to report to the institution.

New Orleans, Louisiana, this 17th day of August, 2016.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

Acknowledgment:

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of Court and if convicted of contempt may be punished by imprisonment or fine, or both.

_____          _____
(Attorney/Witness)                                              (Defendant)

Distribution:

Original to Clerk's Office; Copy to Defense Counsel
1 Certified Copy to U. S. Attorney's Office
1 Certified Copy to U. S. Marshal's Office
2 Certified Copies to U. S. Probation Office