UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 16-50 |
| HARRY J. MOREL, JR. | SEC.   "N" |

**ORDER**

CONSIDERING THE FOREGOING it is hereby ordered that the Judgment in a Criminal Case (Dec. 38) is amended to add the Court's recommendation to the Bureau of Prisons that the defendant be designated to serve his sentence at the Federal Prison Camp (FPC) in Oakdale Louisiana.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2016.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE