Honorable Kurt D. Engelhardt

Chief Judge

United States District Court

Eastern District of Louisiana

500 Poydras Street

New Orleans, Louisiana


Dear Judge Engelhardt,

   I am asking that you consider recommending that my husband, Harry Morel, Jr.'s place of incarceration be changed to Oakdale, Louisiana.

   I am a woman in my seventies and the drive as scheduled is close to 500 miles. It will be an extreme hardship on myself as well as our three daughters and their families to travel that distance on a regular basis. We would like to see him as often as rules allow. This change would permit our family, especially our younger grandchildren, to make the trip a one day round trip if necessary.

   I would like to keep my family together as much as possible, and this would be a huge help.

   Thank you for your consideration in this matter

Sincerely,

*Gwen Morel*

Gwen Morel

107 Camellia Court

Luling, Louisiiana 70070


EXHIBIT A